UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA B. SCOTT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 1:05-cv-1621-RLY-WTL |
| | ) | |
| ILLINOIS FARMERS INSURANCE | ) | |
| COMPANY, | ) | |
|     Defendant. | ) | |

**ORDER GRANTING ILLINOIS FARMERS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

On October 2, 2006, the defendant, Illinois Farmers Insurance Company ("Defendant"), a Write Your Own program insurance company participating in the U.S. Government's National Flood Insurance Program pursuant to the National Flood Insurance Act of 1968, as amended, 42 U.S.C. § 4001, *et seq.*, in its capacity as the "fiscal agent of the United States," filed a motion for summary judgment. The basis of its motion is that the plaintiff herein, Brenda Scott ("Plaintiff"), has not submitted a timely signed and sworn Proof of Loss meeting the requirements of Article VII(J)(4) of the Standard Flood Insurance Policy, and there has been no extension or waiver of the 60-day Proof of Loss requirements by the Federal Insurance Administrator.

Plaintiff did not file a response in opposition to Defendant's motion. Thus, Defendant's facts are deemed admitted. Local Rule 56.1(e).

The court, having read and reviewed Defendant's Motion for Summary Judgment,

the supporting brief, and designated evidence, now finds summary judgment should be entered in Defendant's favor.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Illinois Farmers Insurance Company's Motion for Summary Judgment (Docket # 49) is **GRANTED** on Plaintiff's Complaint.

**SO ORDERED** this ___18th___ day of December 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Jan N. Campbell
LEEUW OBERLIES & CAMPBELL, P.C.
jcampbell@indylegal.net

Gerald Joseph Nielsen
NIELSEN LAW FIRM LLC
gjnielsen@aol.com

Jeffrey R. Oberlies
LEEUW OBERLIES & CAMPBELL, P.C.
joberlies@indylegal.net

Thomas Christopher Pennebaker
NIELSEN LAW FIRM LLC
tpennebaker@nielsenlawfirm.com

Roberta Staten
robertastaten@aol.com