UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA B. SCOTT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1621-RLY-WTL |
| | ) | |
| ILLINOIS FARMERS INSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having **GRANTED** Defendant's Motion to Dismiss State Law Claims on October 2, 2006, and having this day **GRANTED** Defendant's Motion for Summary Judgment, now finds all issues are resolved and that final judgment should be entered for Defendant, Illinois Farmers Insurance Company, and against the Plaintiff, Brenda B. Scott.

**SO ORDERED** this   18th   day of December 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Jan N. Campbell
LEEUW OBERLIES & CAMPBELL, P.C.
jcampbell@indylegal.net

Gerald Joseph Nielsen
NIELSEN LAW FIRM LLC
gjnielsen@aol.com

Jeffrey R. Oberlies
LEEUW OBERLIES & CAMPBELL, P.C.
joberlies@indylegal.net

Thomas Christopher Pennebaker
NIELSEN LAW FIRM LLC
tpennebaker@nielsenlawfirm.com